# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RENA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-cv-1094-RLW |
| | ) |
| CRESCENT BANK & TRUST, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, RENA BROWN ("Plaintiff"), and Defendant, CRESCENT BANK & TRUST, INC., ("Defendant"), through their counsel, stipulate to dismiss this matter, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Respectfully Submitted,

Dated: December 1, 2017

/s/ Adam T. Hill
Adam T. Hill, Esq.
KROHN & MOSS, LTD.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
T: (312) 578-9428 ext 242
F: (866) 861-1390
ATTORNEY FOR PLAINTIFF

Dated: December 1, 2017

LIPPES MATHIAS WEXLER FRIEDMAN LLP

/s/ Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
P: 716-853-5100
F: 716-853-5199
blittle@lippes.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2017, I electronically filed the foregoing with the Clerk of the Court by via the CM/ECF System with electronic service on all those or record.

                                      /s/ Adam T. Hill
                                      Adam T. Hill