UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RENA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17CV1094 RLW |
| | ) |
| CRESCENT BANK & TRUST, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties (ECF No. 24),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.

Dated this 4th day of December, 2017.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**